[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-14638
Non-Argument Calendar
_____

D.C. Docket No. 1:15-cr-20419-JEM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMIRO LUCIO LEAL-CHAVEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(April 15, 2016)

Before WILLIAM PRYOR, FAY, and EDMONDSON, Circuit Judges.

PER CURIAM:

Ramiro Lucio Leal-Chavez appeals his 60-month sentence, imposed below the guideline range, after being convicted of illegal entry after deportation, in violation of 8 U.S.C. § 1326.  The district court did not err by considering the nature of Leal-Chavez's prior conviction; Leal-Chavez's constitutional arguments are foreclosed by binding Supreme Court and Eleventh Circuit precedent.  *See Almendarez-Torres v. United States*, 118 S. Ct. 1219 (1998); *United States v. Beckles*, 565 F.3d 832 (11th Cir. 2009); *United States v. Spears*, 443 F.3d 1358 (11th Cir. 2006).

AFFIRMED.